CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Miguel Sauceda-Martinez<br>YOB: 1968; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>21-07188MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 17, 2021, at or near Why, in the District of Arizona, **Miguel Sauceda-Martinez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Del Rio, Texas on October 11, 2012, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Miguel Sauceda-Martinez** is a citizen of Mexico. On October 11, 2012, **Miguel Sauceda-Martinez** was lawfully denied admission, excluded, deported and removed from the United States through Del Rio, Texas. On April 17, 2021, agents found **Miguel Sauceda-Martinez** in the United States at or near Why, Arizona, without the proper immigration documents. **Miguel Sauceda-Martinez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>  Being duly sworn, I declare that the foregoing is<br>  true and correct to the best of my knowledge.<br>LMG2/AJC<br>AUTHORIZED AUSA /s/Liza Granoff *[signature]*<br><br>Sworn by telephone _x_ | SIGNATURE OF COMPLAINANT (official title)<br>*[signature]*<br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*/s/ Jacqueline M. Rateau*<br>[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54 | DATE<br>April 19, 2021 |